IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES EARL FLEMING,<br>Plaintiff, | §<br>§<br>§ | |
| v. | § | No. 3:26-cv-02696-O (BT) |
| PEPSICO INC.,<br>Defendant. | §<br>§<br>§ | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Report and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Report and Recommendation of the Magistrate Judge is correct, and it is accepted by this Court. Plaintiff's motions to proceed *in forma pauperis* (ECF Nos. 4, 11) are **DENIED.** Plaintiff's case will be dismissed under Federal Rule of Civil Procedure 41(b) by separate judgment and without further notice unless he pays the full $405.00 filing fee within fifteen days of this order.

**SO ORDERED** on this **28th day** of **October 2026**.

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE